UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                :

In re:                                                                              :

                                                                              :          24-CV-08649 (JAV)

JJ ARCH LLC,                                             :

                                                                              :        SCHEDULING ORDER ON

                            Debtor,                          :        MOTION TO WITHDRAW

                                                                              :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On May 14, 2025, the law firm of Lorenc Law LLC moved for leave of this Court to withdraw as counsel of record for Debtor JJ Arch LLC. (Docket No. 33). It is hereby ORDERED that any opposition to counsel's motion, including by JJ Arch LLC, shall be filed by **May 27, 2025**. Any reply shall be filed by **June 3, 2025.**

       No later than **May 21, 2025,** Lorenc Law LLC shall serve a copy of all motion papers **and** this Order on Debtor JJ Arch LLC and file proof of such service on the docket.

       SO ORDERED.

Dated: May 20, 2025
       New York, New York                                _____
                                                            JEANNETTE A. VARGAS
                                                            United States District Judge