UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                :
In re:                              :
                :
                :     24-CV-08649 (JAV)
JJ ARCH LLC,                :
                :     <u>SCHEDULING ORDER ON</u>
           Debtor,        :     <u>MOTION TO WITHDRAW</u>
                :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On May 14, 2025, the law firm of Lorenc Law LLC moved for leave of this Court to withdraw as counsel of record for Debtor JJ Arch LLC. (Docket No. 33). On May 20, 2025, the Court ordered that any opposition to counsel's motion shall be filed by **May 27, 2025**. No opposition to the motion was filed. On May 27, 2025, the Court received a letter via email from Plaintiff's new counsel. Counsel represents that they will be shortly filing a motion for admission *pro hac vice*.

      Accordingly, the Court **GRANTS** the motion to withdraw as unopposed, subject to the requirement that counsel serve a copy of this Order on JJ Arch LLC by **May 30, 2025**, and file proof of such service by **June 3, 2025**.

      Appellant also moves for an extension of the deadline to file Appellant's brief, both through his former counsel and new counsel. The Court notes that the Notice of Appeal in this bankruptcy appeal was originally filed on November 14, 2024. Appellant's designation of the items to be included in the record and statement of the issues presented was due November 28, 2024. On December 3, 2024, the Court issued an order requiring Appellant to file the record designation and statement of issues by December 13, 2024, along with a letter providing a basis

for the extension of time.  ECF No. 5.  Appellant's counsel instead moved to withdraw.  ECF No. 6.  That motion was granted on December 11, 2024, and Appellant was granted an extension of time until January 15, 2025, to file the record designation and statement of issues.  ECF No. 11.

Appellant, however, did not secure counsel at that time.  The Court granted an additional extension of the deadline, until February 14, 2025, to file the record designation and statement of issues.  Mr. Lorenc entered an appearance on January 15, 2025, and subsequently erroneously filed the record designation on the district court docket, rather than with the Bankruptcy Court.  ECF Nos. 21, 23.  The Court denied a motion to dismiss the appeal for failure to timely comply with filing deadlines.  ECF No. 32.

In moving to withdraw as counsel, Mr. Lorenc states that he was retained in a "limited capacity to, and among other ministerial items, effectuate the designation of record until such time as Appellant could retain an attorney whose practice focused on bankruptcy matters as my own practice primarily focuses on commercial litigation."  ECF No. 33-1 at ¶ 5.

In light of the substantial extensions that Appellant has previously been granted to secure counsel in this matter, the Court will grant a short additional period of time, **until June 26, 2025**, to file Appellant's brief, **with no further extensions available**.

The Clerk of Court is directed to terminate ECF Nos. 33 and 39 and to terminate Lorenc Law LLC as counsel.

SO ORDERED.

Dated: May 28, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge