UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :

In re:                                               :

                                               :          24-CV-08649 (JAV)

JJ ARCH LLC,                            :          <u>ORDER</u>

                    Debtor,                 :

------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On June 26, 2025, this Court received email correspondence from Benjamin Rajotte, who purports to have taken over the representation of Debtor JJ Arch LLC in this bankruptcy appeal. ECF No. 45-1.  Mr. Rajotte has not filed a notice of appearance in this matter.  In his letter, he states that his admission to the Southern District of New York is "pending resubmission with Certificate of Good Standing."  Mr. Rajotte also, somewhat confusingly, states in his cover email that his admission is "by waiver of admission to the Eastern District."  Mr. Rajotte requests an extension of time until July 1, 2025, to submit Appellant's brief.  Appellee opposes this request. ECF No. 45.

      On May 28, 2025, the Court granted Debtor an extension of time until June 26, 2025, to file Appellant's brief.  Notably, this was the last of many extensions granted by this Court with respect to this bankruptcy appeal, which was docketed in November 2024.  This includes extensions of time to file the record designations and the time to file Appellant's brief.  In granting the last extension, the Court warned that "in light of the substantial extensions that Appellant has previously received to secure counsel in this matter, the Court will grant a short additional period of time . . . with no further extensions available."  ECF No. 41.

      Notwithstanding the prior warning, the Court shall grant Appellant a final extension of

time to file its brief. It is hereby ORDERED that Appellant's time to file its brief is extended to **July 1, 2025**. The brief must be submitted by an attorney who is authorized to practice in this Court. If Appellant's brief is not properly filed by this deadline, this appeal shall be dismissed under Federal Rules of Bankruptcy Procedure 8003(a)(2) and 8018(c), or for failure to prosecute under Rule 41 of the Federal Rules of Civil Procedure and the Court's inherent authority.

SO ORDERED.

Dated: June 26, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge