<u>Emergency Action Relief Request</u>     January 17th, 2026

Jeffrey Simpson, personally, Pro Se
Managing Member of JJ Arch LLC, YJ Simco LLC, and personally
1055 Park Avenue
New York, NY 10028

District Judge Honorable Vargas     (1:24-CV-08649)
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Southern District of New York
One Bowling Green
New York, NY, 10004

Re: **Request for Emergency Court Intervention – Respectfully Submitted**

Dear Honorable Judge Vargas,

I write to you as a related / affiliated party regarding disposition of assets (with JJ Arch ownership) under NYS Court Orders 158055-2023, with temp. Receiver Eric Huebscher.  My guarantee is on the line and I have pending personal litigation of the actions of Mr. Huebscher (and his counsel, Martin Bunin), who was appointed by NYS Court, improperly – without standing or merit by Chassen – proven by his actions and illustrated in the various Appeal docket submissions.  Related entity, YJ Simco, my family office entity, which has a Bankruptcy, is also impacted by these actions.

I do not intend to be redundant but the issues have not changed.   Chassen had no right to seek a Receiver.  NYS Court is working in ways that have no logic or merit, which I understand Your Honor cannot adjudicate but to the extent it has improperly exerted jurisdiction, I believe Your Honor is the right place to plead.   The JJ Arch Bankruptcy is subject to an appeal.   These folks are moving forward in the context that NYS has full jurisdiction of JJ Arch and I do not read the law or the Orders (Fed Court) that way.   Under Fed Bankruptcy rules 8007 and 8009, when there is an Appeal pending at the District Court (on Abstention, no "Stay" is required), they cannot act without permission of the Your Honor's Court.   In lockstep with this, we have YJ Simco LLC, in front of Judge Beckerman.   There it appears that YJ Simco is a named defendant in the NYS Action (it was proclaimed to not be, but procedurally that is seemingly invalid) and that too stops any action via a "Stay".  This NYS Court (Judge Joel Cohen) is prejudicial on Bankruptcy, me, and any means where he cannot control the destiny of the outcome for reasons

1

that are unclear to me but have absolute bias, prejudice, and vindictive results planned for me, no matter what the contracts or laws say.

These parties do not care about the law, they are focused on how to navigate the process creatively to avoid the inevitable, the fraud they conducted (decimated hundreds of millions of investor funds at Arch, all so Oak could receive contractual obligated loan guarantee relief).  I will remind the Court that they solicited me to help facilitate such in the summer of 2023, I refused and they have retaliated ever since to burn my name to the ground.   There are witnesses – former key employees, lawyers, etc – all scared to speak up because Oak threatens to sue them.   There is a misnomer, I didn't commence any litigation.  I fired Chassen for Cause (it was my contractual right to do so, for any reason whatsoever – Judge Cohen interprets the Agreement the same way).   They stole my company, sued me in the SDNY Court and watched the fiasco with Chassen in NYS Court and then pursued me in two forums simultaneously.   It works because NYS has no law or order.

The recent Seddio (Chairman of NYS Supreme, NYC judge nomination committee) scandals are starting to show through the long term "fixer" circumstances that are affecting my litigation and these business ventures.   Allan Schwartz is a Seddio "for hire" affiliate.  Chassen hired Schwartz.  The joint defense agreement likely makes it that whatever bribery that was funded to Seddio was completed by Oak (we have proof that they gave Chassen $300,000 to pay for lawyers on the onset of all litigation, yet he still sought insurance funds – insurance fraud, which stopped my defense funds from being available to me as a result) .   They need Chassen and JJ Arch to conduct their actions.   The moment that the JDA was signed (pre litigation) they created a malicious and fraudulent joinder, to attack the person that will expose them, me.  The NYPD fraud unit is finally involved.

If Huebscher is not stopped, he will continue to erode assets that are unrecoverable.   There are real time auctions, sales, and plans to dispose more assets within two weeks, my name is on the line.  I plead with The Court to clarify jurisdiction and that the JJ Arch assets are not to be disposed of without consent of the District Court and / or Bankruptcy Court, per the Fed. Bankruptcy code rules.

Finally, I have commenced numerous 1983 USC actions in SDNY (1:26-00193, 1:26-00130, 1:26-00110) and (2:26-00125) in EDNY to deal with the public corruption and so the District Court can hopefully address my concerns, but that will take time.   Nothing will stop these folks unless they are definitively told to do so by the Federal Court, via an Order.


Respectfully Submitted,

/s/ Jeffrey Simpson