**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
In re:

JJ ARCH LLC,

                        Debtor.
------------------------------------------------------------------X
 JJ Arch LLC,

                     Appellants,              24 **CIVIL** 08649 (JAV)

        -against-                     **JUDGMENT**


 Jared Chassen; Arch Real Estate Holdings LLC,

                     Appellees.
------------------------------------------------------------------X

       It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated June 5, 2026, the decision and order appealed from

is AFFIRMED and Debtor's appeal is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
       June 5, 2026

                                **TAMMI M. HELLWIG**
                            _____
                                **Clerk of Court**

               **BY:**
                                _____
                               **Deputy Clerk**