**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

JJ ARCH LLC,

                            Debtor.

_____

JJ ARCH LLC,

                            Appellant,

            -against-

JARED CHASSEN and ARCH REAL
ESTATE HOLDINGS LLC,

                            Appellees.

Case #24-08649 (JAV)

Before the Honorable Jeannette
A. Vargas, U.S.D.J.

**NOTICE OF APPEAL**

            PLEASE TAKE NOTICE that JJ ARCH LLC hereby appeals to the United States Court

of Appeals for the Second Circuit from:

1.  the Opinion and Order entered by the United States District Court for the Southern
    District of New York on June 5, 2026, ECF #61;

2.  the Judgment entered by the United States District Court for the Southern District of
    New York on June 5, 2026, ECF #62; and

3.  all orders, rulings, findings, and determinations that merge into or are otherwise
    reviewable upon appeal from that Opinion and Order and Judgment.

                            Respectfully submitted,

Dated: July 6, 2026            MAIDEN LANE LAW GROUP
       New York, New York

                            _____
                            Benjamin Robert Rajotte, Esq.
                            (212) 463-6669
                            rajb@mllg.nyc
                            *Attorneys for JJ Arch LLC*