MANDATE

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of August, two thousand twenty-six,

---

In Re: JJ Arch LLC,

Debtor,

**********************************

JJ Arch LLC,

Debtor - Appellant,

v.

Jared Chassen, Arch Real Estate Holdings LLC,

Appellees.

---

**ORDER**
Docket No. 26-1814

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: Oct 21, 2026

A notice of appeal was filed on July 6, 2026. The Appellant's Form C due July 20, 2026, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective August 19, 2026, if the Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/20/2026